IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 09-cv-02223-DME-KLM

OCT -2 2009

ANTHONY LEE ARCHIBEQUE,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

COMMANDER JOHN DOE GLANZ,

Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated:   October 2, 2009

BY THE COURT:

*s/ David M. Ebel*

_____

UNITED STATES CIRCUIT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 09-cv-02223-DME-KLM

Anthony Lee Archibeque
Wel County Det. Facility
2110 "O" Street
Greeley, CO 80631

US Marshal Service
Service Clerk
Service forms for: Commander John Doe Glanz

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Commander John Doe Glanz: COMPLAINT FILED 9/16/09, ORDER FILED 10/01/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/2/09 .

GREGORY C. LANGHAM, CLERK

By: _____
                     Deputy Clerk